UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CODY LENZ and GEORGE EDMONDS, individually, and on behalf of others similarly situated,

                Plaintiff,

     vs.

LAND O'LAKES, INC.,

                Defendant.

CASE NO.: 1:25-cv-01371-JLT-SKO

**ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION**

(Doc. 21)

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING MEDIATION

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Stay Action Pending Mediation, (Doc. 21), and good cause appearing, HEREBY ORDERS as follows:

A.    This action, including all deadlines, motion practice, and formal discovery, is STAYED until May 25, 2026.

B.    The Initial Scheduling Conference currently set for March 24, 2026 at 9:45 a.m. is CONTINUED to June 18, 2026, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.

C.    The Parties shall file their joint scheduling report at least 7 days prior to the Initial Scheduling Conference, advising the Court of the outcome of mediation.

IT IS SO ORDERED.

Dated:    **March 18, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE